SYRACUSE SOLAR SALT CO. v. ROME, W. & O. R. CO. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by the Syracuse Solar Salt Company against the Rome, Watertown & Ogdensburg Railroad Company. No opinion. There not being four judges qualified to sit in this case, it is hereby ordered that the appeal be transferred to and heard in the Third judicial department.

SPRING, J., not voting.

TABERNACLE BAPTIST CHURCH, Appellant, v. FIFTH AVE. BAPTIST CHURCH, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1899.) Action by the Tabernacle Baptist Church against the Fifth Avenue Baptist Church. B. Schaaps, for appellant. G. W. Murray, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re THOMPSON. (Supreme Court, Appellate Division, Second Department. June 20, 1899.) In the matter of the application of Joseph B. Thompson for admission as attorney and counselor at law. No opinion. Application granted.

THORN, Respondent, v. LAZARUS et al., Appellants. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by William E. Thorn, as trustee, against Samuel Lazarus and another. A. D. Lind, for appellants. C. H. Payne, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs, on the authority of Schwietering v. Rothschild, 26 App. Div. 614, 50 N. Y. Supp. 206. See 58 N. Y. Supp. 1150.

TILLSON, Respondent, v. PRUDENTIAL INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1899.) Action by Margaret Elsie Tillson against the Prudential Insurance Company. No opinion. Judgment and order affirmed, with costs.

TOWN et al., Respondents, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. July 26, 1899.) Action by Catherine Town and others against Metropolitan Street-Railway Company. Henry A. Robinson, for appellant. Rosenthal & Rochmoritz, for respondents.

PER CURIAM. Judgment affirmed, with costs to respondent, and with leave to appellant to appeal to the appellate division.

TRENTON POTTERIES CO., Appellant, v. TITLE GUARANTEE & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by the Trenton Potteries Company against the Ti-

tle Guarantee & Trust Company. H. R. Bayne, for appellant. G. Coggill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re TROWBRIDGE'S ESTATE. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) In the matter of the estate of Martha D. Trowbridge, deceased. No opinion. Decree of the surrogate affirmed, with costs.

TRUSLOW, Respondent, v. COCHEU, Appellant. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) Action by James L. Truslow against Noah L. Cocheu. No opinion. Order affirmed, with $10 costs and disbursements.

UNGER et al., Respondents, v. LAMY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by Emil Unger and another against George H. Lamy, as sheriff of Erie county. No opinion. Judgment affirmed, with costs.

UNITED STATES CASUALTY CO., Respondent, v. O. J. GUDE Co., Appellant. (Supreme Court, Appellate Division, First Department. June 30, 1899.) Action by the United States Casualty Company against the O. J. Gude Company. A. S. Gilbert, for appellant. F. W. Longfellow, for respondent. No opinion. Judgment and order affirmed, with costs.

UNIVERSAL TRUST CO., Respondent, v. DIEDERICH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by the Universal Trust Company against Thomas Diederich and others. F. D. Smith, for appellants. G. M. Mackellar, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

VILLAGE OF HAVERSTRAW, Appellant, v. ECKERSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 13, 1899.) Action by the village of Haverstraw against J. Esler Eckerson, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements to abide the event of the action.